## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 01-30185

INDUSTRIAS MAGROMER CUEROS Y PIELES S.A.,          Plaintiff-Appellee,

versus

LOUISIANA BAYOU FURS INC., ET AL.,                 Defendants,

LOUISIANA BAYOU FURS INC.,
WILLIAM L. BERRY,                                  Defendants-Appellants.

Appeal from the United States District Court
for the Eastern District of Louisiana

October 23, 2002

**ON PETITION FOR PANEL REHEARING**

(Opinion June 24, 2002, 5th Cir., 2002, 2002 WL 1271001)

Before JONES, EMILIO M. GARZA,  and STEWART, Circuit Judges.

PER CURIAM:

The Defendants-Appellants' (Louisiana Bayou Furs, Inc. ("Bayou Furs") and William L. Berry

("Berry")) Petition for Rehearing is DENIED.  In denying rehearing, we clarify a statement in Part X

of the opinion.  In Part X, we stated that "the fact that we have granted judgment as a matter of law

for Berry on the LUTPA claim does not affect the judgment or his liability for the damages."  As the

Defendants-Appellants point out, the statutory claim for attorneys' fees in this case was under the Louisiana Unfair Trade Practices Act ("LUTPA"). Because we granted judgment as a matter of law in favor of Berry on the LUTPA claim, Berry is not liable to the Plaintiff-Appellee for attorneys' fees. However, this does not affect Bayou Furs's liability to the Defendants-Appellants or Berry's liability for the damages awarded by the jury. In all other respects, the Petition for Panel Rehearing is DENIED.